# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE, THE NAME BEING A PSEUDONYM FOR THE PLAINTIFF,**<br>            **Plaintiff,**<br><br>                 **v.**<br><br>**A POLICE OFFICER OF THE SOLEBURY PENNSYLVANIA OR NEW HOPE PENNSYLVANIA POLICE DEPARTMENT , WHOSE NAME IS UNKNOWN TO PLAINTIFF AND ANOTHER POLICE OFFICER OF THE SOLEBURY PENNSYLVANIA OR NEW HOPE PENNSYLVANIA POLICE DEPARTMENT, WHOSE NAME IS UNKNOWN TO PLAINTIFF,**<br>            **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  17-2268** |

## O R D E R

**AND NOW**, this 20th day of December, 2018, upon consideration of Defendants'

Motion to Dismiss (ECF No. 17), and Plaintiff's Response (ECF No. 23), **IT IS ORDERED** that

the motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**